# Order

**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

Rehearing No. 614

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Berstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

152840(77)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                           SC: 152840
                           COA: 322655

DARIUS LAMARR FRANKLIN,
          Defendant-Appellant.
                           Wayne CC: 14-003800-FH
_____/

      On order of the Court, the motion for rehearing is considered, and it is DENIED.

      WILDER, J., took no part in this decision.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk